■ In the Matter of ROBERT P. MEEGAN, JR., Individually and as President of Buffalo Police Benevolent Association, et al., Respondents, v BYRON W. BROWN, as Mayor of City of Buffalo, et al., Appellants. (Appeal No. 1.) [925 NYS2d 364]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered March 3, 2010 in a proceeding pursuant to CPLR article 75. The order granted petitioners' application for a preliminary injunction.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.